J. D. PULLEY, Plaintiff-Appellee, *v.* MOSS-AMERICAN, INC., Defendant-Appellant.

(No. 70-13; )

Fifth District—March 19, 1971.

Opinion by Mr. JUSTICE GEORGE J. MORAN.

W. C. Spomer, of Cairo, for appellant.